# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CASTILLO, | Case No. 4:16-cv-03971-WHO |
| Plaintiff, | Honorable William H. Orrick |
| vs. | |
| KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HEALTH PLAN, INC. WELFARE BENEFIT PLAN FOR INSURED PLANS, METROPOLITAN LIFE INSURANCE COMPANY, AND DOES 1-10, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** **[FRCP 41(a)(1)]** [Filed concurrently with Stipulation] |
| Defendants. | Complaint Filed: July 14, 2016 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 15, 2017

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800